## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL J. GOODSON, III &**<br>**DESTINY D. GOODSON,** a minor child, ) | Civil Action No. 10-1334 |
| ) | |
| Plaintiffs, ) | Chief Judge Gary L. Lancaster |
| ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| vs. ) | |
| ) | |
| **LAURA HUTCHINSON, THE** ) | |
| **CHILDREN'S INSTITUTE &** ) | Re: ECF No. 9 |
| **PROJECT STAR,** ) | |
| ) | |
| Defendants. ) | |

### MEMORANDUM ORDER

Plaintiffs' Complaint was filed by the Clerk of Court on October 13, 2010 and was

referred to a United States Magistrate Judge in accordance with the Magistrate Judge's Act, 28

U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for the Western District of

Pennsylvania.

The Magistrate Judge's Report and Recommendation (ECF No. 9) filed on January 10,

2011, recommended that the Complaint filed at Civil Action No. 10-1334 be dismissed with

prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii). Service was made on Plaintiff, *pro*

*se*. Service of the Complaint on Defendants has not yet been effectuated. Plaintiffs were

informed that in accordance with the Magistrate Judge's Act, 28 U.S.C. § 636(b)(1)(B) and (C),

Federal Rule of Civil Procedure 72(b)(2), and Rule 72.D.2 of the Local Rules, that they had

fourteen (14) days from the date of service to file Objections to the Magistrate Judge's Report

and Recommendation. Plaintiffs filed Objections (ECF No. 10) to the Report and

Recommendation. After review of the pleadings and the documents in the case, together with

the Report and Recommendation and the Objections thereto, the following order is entered:

**AND NOW**, this $\underline{28}$ day of January, 2011;

**IT IS HEREBY ORDERED** that the Complaint filed at Civil Action No. 10-

1334 be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No.

9) of Magistrate Judge Lenihan, dated January 10, 2011, is adopted as the Opinion of the court.

Gary L. Lancaster
Chief United States District Judge

cc: Daniel J. Goodson, III
    GW1171
    301 Morea Road
    Frackville, PA 17932